FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 JAN 23  P 3: 42

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

CLERK'S OFFICE
_____ DEPUTY

|                                              |     |                                          |
| -------------------------------------------- | --- | ---------------------------------------- |
| **FEDERAL TRADE COMMISSION,**                | )   |                                          |
|                                              | )   |                                          |
|                                              | )   |                                          |
| **Plaintiff,**                               | )   |                                          |
|                                              | )   | **CIVIL ACTION NO.  MJG 03 CV 108**      |
| **v.**                                       | )   |                                          |
|                                              | )   |                                          |
|                                              | )   |                                          |
| **JAGUAR BUSINESS CONCEPTS, LP,**            | )   |                                          |
| **dba LIBERTYMALL.COM, et al.,**             | )   |                                          |
|                                              | )   |                                          |
| **Defendants.**                              | )   |                                          |
|                                              | )   |                                          |
|                                              | )   |                                          |

## STIPULATION AND ORDER FOR PRELIMINARY INJUNCTION WITH AN ACCOUNTING, EXPEDITED DISCOVERY AND OTHER EQUITABLE RELIEF

WHEREAS Plaintiff Federal Trade Commission ("FTC"), having filed a Complaint for

permanent injunction and other relief in this matter, pursuant to Section 13(b) of the Federal

Trade Commission Act ("FTC Act"), 15 U.S.C. § 53(b), charging defendants Jaguar Business

Concepts, L.P. dba Libertymall.com("Jaguar") and its General Partner, Cheyenne Investment

Alliance, L.L.C. ("Cheyenne") and Jacqueline A. Demer ("Demer"), individually and as

Member/Manager of Cheyenne with violations of Section 5(a) of the FTC Act, 15 U.S.C.

§ 45(a), and having applied for a Preliminary Injunction pursuant to Fed. R. Civ. P. 65(a), against

Defendants; and

WHEREAS Jaguar is a Pennsylvania Limited Partnership, with Cheyenne as its General

Partner and Wallace E. Akehurst ("Akehurst") as its Limited Partner, with percentage partnership

shares of 2% and 98%, respectively; and

WHEREAS Cheyenne is a Georgia Limited Liability Company, with Demer and Akehurst as its two members, each holding a 50% interest; and

WHEREAS defendants, by and through Demer and Akehurst, having consented to the entry of this Stipulation and Order for Preliminary Injunction With Accounting, Expedited Discovery and Other Equitable Relief ("Stipulation and Order") by this Court without admitting or denying the allegations in the complaint, and without waiving any right to file an answer or otherwise contest this matter on its merits; and

WHEREAS Plaintiff FTC, by and through its counsel, hereby having agreed to entry of this Stipulation and Order;

**IT IS HEREBY AGREED AND STIPULATED** by and between Plaintiff FTC and Defendants, and the Court finds, as follows:

<strong>FINDINGS</strong>

1.    This Court has jurisdiction over the parties and subject matter of this action and the complaint states a claim upon which relief may be granted against Defendants under Sections 5(a) and 13(b) of the FTC Act, 15 U.S.C. § 45(a) and 53(b).

2.    Venue as to Defendants in the District of Maryland is proper; and

3.    Defendants waive all rights to seek judicial review or otherwise to challenge or contest the validity of this Stipulation and Order:

4.    The entry of this Stipulation and Order, as set forth below, is in the public interest,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that:

<strong>I. DEFINITIONS</strong>

**IT IS HEREBY ORDERED** that for the purposes of this Stipulation and Order, the

following definitions shall apply:

     A.      "Defendants" means Jaguar, Cheyenne and Demer individually and as Member/ Manager of Cheyenne, individually and collectively.

     B.      "Document(s)" or "record(s)" means

          1. The original or a true copy of any written, typed, printed, electronically stored, transcribed, taped, recorded, filmed, punched, or graphic matter or other data compilations of any kind, including, but not limited to, letters, e-mail or other correspondence, messages, memoranda, interoffice communications, notes, reports, summaries, manuals, magnetic tapes or discs, tabulations, books, records, checks, invoices, work papers, journals, ledgers, statements, returns, reports, schedules, or files; and

          2. Any information stored on any desktop personal computer ("PC") and workstations, laptops, notebooks, and other portable computers, whether assigned to individuals or in pools of computers available for shared use; and home computers used for work-related purposes; backup disks and tapes, archive disks and tapes, and other forms of offline storage, whether stored onsite with the computer used to generate them, stored offsite in another company facility or stored offsite by a third-party, such as in a disaster recovery center; and computers and related offline storage used by Defendants' participating associates, which may include persons who are not employees of the company or who do not work on company premises.

     C.      "Assets" means any legal or equitable interest in, right to, or claim to, any real and personal property, including but not limited to chattel, goods, instruments, equipment, fixtures, general intangibles, effects, leaseholds, mail or other deliveries, inventory, checks, notes, accounts, credits, receivables, funds, monies, and all cash, wherever located, and shall include

both existing assets and assets acquired after the date of entry of this Stipulation and Order.

D.    "Financial institution" means any bank, savings and loan institution, credit union, or any financial depository of any kind, including but not limited to any brokerage house, trustee, broker-dealer, escrow agent, title company, commodity trading company, or precious metal dealer.

E.    "International Driving Permit" means any document called an international driving permit, international driver's license or any variation thereof.

F.    "Identification Document" means a document made or issued by or under the authority of the United States Government, a State, political subdivision of a State, a foreign government, political subdivision of a foreign government, an international governmental or international quasi governmental organization which, when completed with information concerning a particular individual, is of a type intended or commonly accepted for the purpose of identification of individuals, including but not limited to, driver's licenses, birth certificates, social security cards, work permits, diplomas, school transcripts and identification cards.

G.    "False Identification Document" means any document that could reasonably be confused for an identification document.

H.    "Identification Template" means any implement, impression, electronic device or computer hardware or software that is specifically configured or primarily used for making an Identification Document or False Identification Document.

## II. PRACTICES ENJOINED

**IT IS HEREBY ORDERED** that Defendants and their officers, agents, servants, employees, and attorneys, and those persons acting in active concert or participation with

4

Defendants who receive actual notice of this Stipulation and Order by personal service or otherwise, are hereby restrained and enjoined from:

A.    engaging or participating in or assisting in any manner or in any capacity whatsoever, whether directly or indirectly in concert with others or through any intermediary, third party, business entity or device, in the marketing, advertising, promotion, or offering for sale or distribution of International Drivers Permits ("IDPs") or any other Identification Document, False Identification Document, Identification Template or related material or information, whether denoted as a real or novelty item, and

B.    making, or assisting others in making, directly or by implication, any false or misleading oral or written statement or representation in connection with the advertising, marketing, promotion, offering for sale, distribution, or sale of any International Driving Permit, including but not limited to:

1.    Misrepresenting, directly or by implication, that any International Driving Permit authorizes consumers to drive legally in the United States or any other country;

2.    Misrepresenting, directly or by implication, that consumers who purchase any International Driving Permit may use it to avoid points for traffic violations;

3.    Misrepresenting, directly or by implication, that consumers who purchase any International Driving Permit may use it to avoid sanctions for driving with a suspended or revoked government-issued driver's license;

4.    Misrepresenting, directly or by implication, that any International Driving Permit can be used as an identification document in the same ways a person can use a government-issued photo identification document; and

5

5.    Misrepresenting, directly or by implication, any other fact material to a consumer's decision to purchase any International Driving Permit.

### III. FINANCIAL STATEMENTS AND ACCOUNTING

**IT IS FURTHER ORDERED** that by no later than January 23, 2003, each Defendant shall provide counsel for the FTC:

A.    A completed financial statement accurate as of the date of service of this Order upon such Defendant (individual Defendants shall include all financial information as requested in the Statement for Individuals, attached to this Order as Attachment A and corporate Defendants shall include all financial information as requested in the Statement for Businesses, attached to this Order as Attachment B) and

B.    A completed statement, verified under oath, of all payments, transfers, or assignment of funds, assets, or property worth $1,000 or more since August, 2000. Such statement shall include (a) the amount transferred or assigned; (b) the name of each transferee or assignee; (c) the date of the assignment or transfer; (d) the type and amount of consideration paid the Defendant. Each statement shall specify the name and address of each financial institution and brokerage firm at which the Defendant has accounts or safe deposit boxes. Said statements shall include assets held in foreign as well as domestic accounts.

C.    A full accounting, verified under oath, of all assets, accounts or documents outside of the territory of the United States and the fifty states of the Union which are held either: (1) by them; (2) for their benefit; (3) in trust by or for them, individually or jointly; or (4) under their direct or indirect control, individually or jointly and

D.    Access to Defendants' records and documents held by financial institutions

6

outside the territorial United States and the fifty states of the Union, by signing the Consent to Release of Financial Records attached to this Order as Attachment C.

E.    A complete accounting, verified under oath, showing:

1.    from the inception of advertising, marketing and sale of the International Drivers Permits ("IDP's) by Defendants on their libertymall.com website through the date of issuance of this Order (broken down by month), all proceeds attributable to the advertising, marketing or sale of IDP's, including but not limited to, total gross revenues and total net revenues;

2.    from the inception of advertising, marketing and sale of the International Drivers Permits ("IDP's) by Defendants on their libertymall.com website through the date of issuance of this Stipulation and Order (broken down by month), the amounts paid by Defendants to any manufacturer, seller or reseller of IDP's advertised, marketed or sold on their libertymall.com website, broken down by date, amount of payment, and payee, and

3.    the total number of IDP's sold by Defendants on their libertymall.com website from the date of the first sale until the date of the issuance of this Stipulation and Order, broken down by month.

## IV. RETENTION OF ASSETS AND DOCUMENTS BY THIRD PARTIES

**IT IS FURTHER ORDERED** that, pending determination of the FTC's request for a preliminary injunction, any financial institution, or any person or other entity served with a copy of this Stipulation and Order shall:

A.    Provide to counsel for the FTC, within three (3) days after service, a statement setting forth:

7

       1.     the identification of each account or asset titled in the name, individually or jointly, or held on behalf of, or for the benefit of, any Defendant or their officers, agents servants, employees, attorneys, or other persons or entities directly or indirectly under the control of or in concert or participation with them;

       2.     the balance of each such account, or a description of the nature and value of such asset;

       3.     the identification of any safe deposit box that is either titled in the name of, individually or jointly, or is otherwise subject to access or control by, any Defendant or their officers, agents servants, employees, attorneys, or other persons or entities directly or indirectly under the control of or in concert or participation with them; and

       4.     if the account, safe deposit box, or other asset has been closed or removed, the date closed or removed and the balance on said date.

      D.     The accounts subject to this provision include existing assets and assets deposited after the effective date of this Stipulation and Order.

      E.     The FTC is granted leave, pursuant to Fed. R. Civ. P. 45, to subpoena documents immediately from any such financial institution, account custodian, or other entity concerning the nature, location, status, and extent of Defendants' assets, and compliance with this Stipulation and Order, and such financial institution, account custodian or other entity shall respond to such subpoena within five business days after service.

## V. EXPEDITED DISCOVERY AS TO EXISTENCE AND LOCATION OF ASSETS AND DOCUMENTS

**IT IS FURTHER ORDERED** that in light of the need to promptly ascertain the possible

consumer injury caused by Defendants' deceptive practices and false advertising as alleged by plaintiff, the need to identify assets and documents subject to this Stipulation and Order, and the need to monitor compliance with this Stipulation Order, the FTC is granted leave to conduct certain expedited discovery, and that, commencing with the time and date of this Stipulation Order, in lieu of the time periods, notice provisions, and other requirements of Rules 26, 30, 34, and 45 of the Federal Rules of Civil Procedure, expedited discovery shall proceed as follows:

A.    Pursuant to Fed. R. Civ. P. 30 and 45, the FTC may take depositions upon oral examination of any person or entity, including any Defendant or third party, regarding Defendants' identities, their whereabouts; the nature, location, status and extent of Defendants' assets; the status and location of Defendants' products; the status and location of documents reflecting Defendants' business transactions; and compliance with this Stipulation and Order, on two days notice of any such deposition. This Subparagraph shall not be construed in any manner to preclude the right of the FTC to take subsequent depositions of the same witnesses on the merits of this action. Any deposition taken pursuant to this Subparagraph is in addition to, and not subject to, the presumptive limits on depositions set forth in Fed. R. Civ. P. 30(a)(2)(A).

B.    Pursuant to Fed. R. Civ. P. 34(b) and 45, the Defendants, their participating associates, and any other person or entity shall produce documents relating to the above that are requested by the FTC, within five (5) days of service of such request, with production of documents made to such person or place as counsel for the FTC may direct in writing.

C.    If in the course of expedited discovery Defendants disclose information revealing the identities of purchasers of IDP's advertised, marketed or sold by the Defendants, the FTC agrees that such disclosure is inadvertent and that it will not make use of such information in

9

connection with such expedited discovery, provided however that, the FTC does not waive its

right to seek, and Defendants do not waive their rights to object to, the production of such

information in discovery thereafter and Defendants undertake to insure that the documents and

other information reflecting the identities of such purchasers are preserved and maintained in

accordance with the terms of Section VI. of this Stipulation and Order, and in the event such

information is maintained on computer, Defendants further agree to created a back-up of any

such information in a format mutually agreed upon by the Defendants and the FTC.

## VI.  RECORD KEEPING PROVISIONS

**IT IS FURTHER ORDERED** that Defendants, their participating associates, officers,

agents, servants, employees, and attorneys and those persons in active concert or participation

with them who receive actual notice of this Stipulation and Order by personal service, facsimile,

or otherwise, are hereby enjoined from:

A.      Destroying, erasing, mutilating, concealing, altering, transferring or otherwise

disposing of, in any manner, directly or indirectly, any Documents related to International

Drivers Permits advertised, marketed, promoted, offered for sale, distributed, sold or purchased

by Defendants.

B.      Destroying, erasing, mutilating, concealing, altering, transferring or otherwise

disposing of, in any manner, directly or indirectly, contracts, agreements, license agreements,

customer files, customer lists, customer addresses and telephone numbers, correspondence,

advertisements, brochures, sales material, training material, sales presentations, documents

evidencing or referring to Defendants' products, data, computer tapes, disks, or other

computerized records, books, written or printed records, handwritten notes, telephone logs,

"verification" or "compliance" tapes or other audio or video tape recordings, receipt books, invoices, postal receipts, ledgers, personal and business canceled checks and check registers, bank statements, appointment books, copies of federal, state or local business or personal income or property tax returns, and other Documents or Records of any kind, including electronically-stored materials, that relate to the business practices or business or personal finances of Defendants or other entity directly or indirectly under the control of Defendants; and

    C.  Failing to create and maintain books, records, and accounts which, in reasonable detail, accurately, fairly, and completely reflect the incomes, assets, disbursements, transactions and use of monies by Defendants or other entity directly or indirectly under the control of Defendants.

## VII. NOTICE TO EMPLOYEES AND OTHERS

    **IT IS FURTHER ORDERED** that Defendants shall immediately provide a copy of this Stipulation and Order to each of their corporations, partners, subsidiaries, affiliates, participating associates, officers, agents, servants, employees, and attorneys and those persons acting in active concert or participation with Defendants. Within ten (10) calendar days following entry of this Stipulation and Order, Defendants shall provide the FTC with an affidavit identifying the names, titles, addresses, and telephone numbers of the persons and entities that Defendants have served with a copy of this Stipulation and Order in compliance with this provision.

## VIII. CONSUMER REPORTS

    **IT IS FURTHER ORDERED** that pursuant to Section 604(1) of the Fair Credit Reporting Act, 15 U.S.C. § 1681b(1), any consumer reporting agency may furnish a consumer report concerning any Defendant to the FTC.

## IX.  CORRESPONDENCE WITH PLAINTIFF

**IT IS FURTHER ORDERED** that for the purposes of this Stipulation and Order, all

service on and correspondence to the FTC shall be addressed to: Patricia F. Bak, Federal Trade

Commission, 600 Pennsylvania Avenue, NW, Room NJ-2122, Washington, DC 20580.

Telephone: (202) 326-2842; Facsimile: (202) 326-2558; all service on and correspondence with

Defendant Jaguar shall be addressed to: Wallace E. Akehurst, 2633 Monkton Rd., Monkton, MD

21111. Telephone: (410) 472-9032; Facsimile: (410) 510-1121 and Jacqueline A. Demer, as

Member/Manager of Cheyenne, 3000 Old Alabama Rd., #119-166, Alpharetta, GA 30022.

Telephone: (770) 640-9121; Facsimile: (770) 640-9766; all service on and correspondence with

Defendant Cheyenne shall be addressed to: Cheyenne Investment Alliance, L.L.C. c/o Wallace E.

Akehurst, 2633 Monkton Rd., Monkton, MD 21111. Telephone: (410) 472-9032; Facsimile:

(410) 510-1121 and Jacqueline A. Demer, as Member/Manager of Cheyenne, 3000 Old Alabama

Rd., #119-166, Alpharetta, GA 30022. Telephone: (770) 640-9121; Facsimile: (770) 640-9766,

and all service on and correspondence with Defendant Demer, individually and as Member/

Manager of Cheyenne, shall be addressed to :3000 Old Alabama Rd., #119-166, Alpharetta, GA

30022. Telephone: (770) 640-9121; Facsimile: (770) 640-9766.   Each of the above referenced

parties hereto agrees to notify each of the others of any change in the information set forth in this

Section.

## X.  SERVICE OF THIS ORDER

**IT IS FURTHER ORDERED** that copies of this Stipulation and Order may be served

by facsimile transmission, personal or overnight delivery, or U.S. Mail, by agents and employees

of the FTC or any state or federal law enforcement agency or by private process server, on (1)

Defendants, (2) any financial institution, entity or person that holds, controls, or maintains

custody of any account or asset of any Defendant, or has held, controlled or maintained custody

of any account or asset of any Defendant, or (3) any other person or entity that may be subject to

any provision of this Stipulation and Order.

## XI.  RETENTION OF JURISDICTION

.    **IT IS FURTHER ORDERED** that this Court shall retain jurisdiction of this matter for

all purposes.

**STIPULATED AND AGREED AS FOLLOWS:**

FOR THE PLAINTIFF:                    FOR THE DEFENDANTS:

DATED: _01/17/03_                     DATED:_____

_Patricia F. Bak_

Patricia F. Bak, Esq.                 _____
Federal Trade Commission             Jacqueline A. Demer
600 Pennsylvania Ave., N.W.           3000 Old Alpharetta Rd. #119-166
 Mail Drop NJ 2122                    Alpharetta, GA 30022
Washington, D.C. 20580                770-640-9121
202-326-2842                          770-640-9766 (fax)
202-326-2558 (fax)                    Individually, as Member/Manager of Cheyenne
                                      Investment Alliance, L.L.C.


                                      DATED:_____


                                      _____
                                      Wallace E. Akehurst
                                      2633 Monkton Rd.
                                      Monkton, MD 21111
                                      410-472-9032

Defendants, (2) any financial institution, entity or person that holds, controls, or maintains custody of any account or asset of any Defendant, or has held, controlled or maintained custody of any account or asset of any Defendant, or (3) any other person or entity that may be subject to any provision of this Stipulation and Order.

## XI. RETENTION OF JURISDICTION

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction of this matter for all purposes.

**STIPULATED AND AGREED AS FOLLOWS:**

FOR THE PLAINTIFF:                    FOR THE DEFENDANTS:

DATED:_____              DATED:_____

Patricia F. Bak, Esq.
Federal Trade Commission
600 Pennsylvania Ave., N.W.
Mail Drop NJ 2122
Washington, D.C. 20580
202-326-2842
202-326-2558 (fax)

Jacqueline A. Demer
3000 Old Alpharetta Rd. #119-166
Alpharetta, GA 30022
770-640-9121
770-640-9766 (fax)
Individually, as Member/Manager of Cheyenne
Investment Alliance, L.L.C.

DATED: 1/17/03

Wallace E. Akehurst
2633 Monkton Rd.
Monkton, MD 21111
410-472-9032

13

Defendants, (2) any financial institution, entity or person that holds, controls, or maintains

custody of any account or asset of any Defendant, or has held, controlled or maintained custody

of any account or asset of any Defendant, or (3) any other person or entity that may be subject to

any provision of this Stipulation and Order.

## XI. RETENTION OF JURISDICTION

IT IS FURTHER ORDERED that this Court shall retain jurisdiction of this matter for

all purposes.

STIPULATED AND AGREED AS FOLLOWS:

FOR THE PLAINTIFF:                    FOR THE DEFENDANTS:

DATED:_____                 DATED: January 17, 2003 _____

                                      Without Prejudice , U.C.C. 1-207

_____               Jacqueline A. Demer
Patricia F. Bak, Esq.                 3000 Old Alpharetta Rd. #119-166
Federal Trade Commission              Alpharetta, GA 30022
600 Pennsylvania Ave., N.W.           770-640-9121
Mail Drop NJ 2122                     770-640-9766 (fax)
Washington, D.C. 20580                Individually, as Member/Manager of Cheyenne
202-326-2842                          Investment Alliance, L.L.C.
202-326-2558 (fax)


                                      DATED:_____


                                      _____
                                      Wallace E. Akehurst
                                      2633 Monkton Rd.
                                      Monkton, MD 21111
                                      410-472-9032

13

410-510-1121 (fax)
Limited Partner for Jaguar Business Concepts, L.P.
and Member of Cheyenne Investment Alliance,
L.L.C.


**IT IS SO ORDERED**, this _22nd_ day of _January_ , 2003, at _2:22_ p.m.


_____
UNITED STATES DISTRICT JUDGE

14

## ATTACHMENT A

### Form of Individual Financial Statement

# Collection Information Statement for Wage Earners and Self-Employed Individuals

Complete all entry spaces with the most current data available.

*Important!* Write "N/A" (not applicable) in spaces that do not apply. We may require additional information to support "N/A" entries.

Failure to complete all entry spaces may result in rejection or significant delay in the resolution of your account.

---

| **Section 1** Personal Information | 1. Full Name(s) | 1a. Home Telephone ( )  | Best Time To Call: ____ am ____ pm (Enter Hour) |
|---|---|---|---|

**Section 1**
**Personal Information**

1. Full Name(s)
Street Address
City                State          Zip
County of Residence
How long at this address?

1a. Home Telephone ( )
Best Time To Call: ___ am ___ pm (Enter Hour)

2. Marital Status
☐ Married    ☐ Separated
☐ Unmarried (single, divorced, widowed)

3. Your Social Security No. (SSN)
3a. Your Date of Birth (mm/dd/yyyy)
4. Spouse's Social Security No.
4a. Spouse's Date of Birth (mm/dd/yyyy)

5. ☐ Own Home    ☐ Rent    ☐ Other (specify, i.e. share rent, live with relative)

6. List the dependents you can claim on your tax return (Attach sheet if more space is needed.)

| First Name | Relationship | Age | Does this person live with you? | First Name | Relationship | Age | Does this person live with you? |
|---|---|---|---|---|---|---|---|
| | | | ☐ No  ☐ Yes | | | | ☐ No  ☐ Yes |
| | | | ☐ No  ☐ Yes | | | | ☐ No  ☐ Yes |

☐ Check this box when all spaces in Sect. 1 are filled in.

---

**Section 2**
**Your Business Information**

7. Are you or your spouse self-employed or operate a business? (Check "Yes" if either applies)
☐ No    ☐ Yes  If yes, provide the following information.

7a. Name of Business
7b. Street Address
City                State          Zip

7c. Employer Identification No., if available:
7d. Do you have employees?    ☐ No  ☐ Yes
7e. Do you have accounts/notes receivable?  ☐ No  ☐ Yes
If yes, please complete Section 8 on page 5.

**ATTACHMENTS REQUIRED:** Please include proof of self-employment income for the **prior 3** months (i.e., invoices, commissions, sales records, income statement).

☐ Check this box when all spaces in Sect. 2 are filled in and attachments provided.

---

**Section 3**
**Employment Information**

8. Your Employer
Street Address
City                State          Zip
Work telephone no. ( )
May we contact you at work?  ☐ No  ☐ Yes
8a. How long with this employer?
8b. Occupation

9. Spouse's Employer
Street Address
City                State          Zip
Work telephone no. ( )
May we contact you at work?  ☐ No  ☐ Yes
9a. How long with this employer?
9b. Occupation

**ATTACHMENTS REQUIRED:** Please provide proof of gross earnings and deductions for the past 3 months from each employer (e.g., pay stubs, earnings statements). If year-to-date information is available, send only 1 such statement as long as a **minimum of 3 months** is represented.

☐ Check this box when all spaces in Sect. 3 are filled in and attachments provided.

---

**Section 4**
**Other Income Information**

10. Do you receive income from sources other than your own business or your employer? (Check all that apply.)

☐ Pension    ☐ Social Security    ☐ Other (specify, i.e. child support, alimony, rental) _____

**ATTACHMENTS REQUIRED:** Please provide proof of pension/social security/other income for the past 3 months from each payor, including any statements showing deductions. If year-to-date information is available, send only 1 such statement as long as a **minimum of 3 months** is represented.

☐ Check this box when all spaces in Sect. 4 are filled in and attachments provided.

Collection Information Statement for Wage Earners and Self-Employed Individuals

Name _____   SSN _____

## Section 5

**Banking, Investment, Cash, Credit, and Life Insurance Information**

*Complete all entry spaces with the most current data available.*

**11. CHECKING ACCOUNTS.** List all checking accounts. If you need additional space, attach a separate sheet.

| | Type of Account | Full Name of Bank, Savings & Loan, Credit Union or Financial Institution | Bank Routing No. | Bank Account No. | Current Account Balance |
|---|---|---|---|---|---|
| 11a. | Checking | Name | | | $ |
| | | Street Address | | | |
| | | City/State/Zip | | | |
| 11b. | Checking | Name | | | $ |
| | | Street Address | | | |
| | | City/State/Zip | | 11c. Total Checking Account Balances | $ |

**12. OTHER ACCOUNTS.** List all accounts, including brokerage, savings, and money market, not listed on line 11.

| | Type of Account | Full Name of Bank, Savings & Loan, Credit Union or Financial Institution | Bank Routing No. | Bank Account No. | Current Account Balance |
|---|---|---|---|---|---|
| 12a. | | Name | | | $ |
| | | Street Address | | | |
| | | City/State/Zip | | | |
| 12b. | | Name | | | $ |
| | | Street Address | | | |
| | | City/State/Zip | | 12c. Total Other Account Balances | $ |

**ATTACHMENTS REQUIRED:** Please include your current bank statements (checking, savings, money market, and brokerage accounts) for the past three months for all accounts.

**13. INVESTMENTS.** List all investment assets below. Include stocks, bonds, mutual funds, stock options, certificates of deposits, and retirement assets such as IRAs, Keogh, and 401(k) plans. (If you need additional space, attach a separate sheet.)

*⊠ Current Value: Indicate the amount you could sell the asset for today.*

| | Name of Company | Number of Shares/Units | Current Value | Loan Amount | Used as collateral on loan? |
|---|---|---|---|---|---|
| 13a. | | | | $ | ☐ No ☐ Yes |
| 13b. | | | | | ☐ No ☐ Yes |
| 13c. | | | | | ☐ No ☐ Yes |
| | 13d. Total Investments | $ | | | |

**14. CASH ON HAND.** Include any money that you have that is not in the bank.

| | | 14a. Total Cash on Hand | $ |
|---|---|---|---|

**15. AVAILABLE CREDIT.** List all lines of credit, including credit cards.

| | Full Name of Credit Institution | Credit Limit | Amount Owed | Available Credit |
|---|---|---|---|---|
| 15a. | Name | | | $ |
| | Street Address | | | |
| | City/State/Zip | | | |
| 15b. | Name | | | $ |
| | Street Address | | | |
| | City/State/Zip | | 15c. Total Credit Available | $ |

Section 5 continued on page 3 →

Collection Information Statement for Wage Earners and Self-Employed Individuals

Name _____    SSN_____

| | |
|---|---|
| **Section 5** continued | **16. LIFE INSURANCE.** Do you have life insurance with a cash value?  ☐ No  ☐ Yes |
| | Term Life Insurance does not have a cash value. |
| | If yes, |
| | **16a.** Name of insurance company |
| | **16b.** Policy Number(s) |
| | **16c.** Owner of Policy |
| | **16d.** Current Cash Value  $ _____    **16e.** Outstanding Loan Balance  $ _____ |

Subtract "Outstanding Loan Balance" line 16e from "Current Cash Value" line 16d = 16f  $ _____

☐ Check this box when all spaces in Sect. 5 are filled in and attachments provided.

**ATTACHMENTS REQUIRED:** Please include a statement from the life insurance companies that includes type and cash loan value amounts. If currently borrowed against, include loan amount and date of loan.

---

**Section 6**

**Other Information**

**17. OTHER INFORMATION.** Respond to the following questions related to your financial condition. (Attach sheet if you need more space.)

**17a.** Are there any garnishments against your wages?  ☐ No  ☐ Yes
If yes, who is the creditor?      Date creditor obtained judgement      Amount of debt $

**17b.** Are there any judgments against you?  ☐ No  ☐ Yes
If yes, who is the creditor?      Date creditor obtained judgement      Amount of debt $

**17c.** Are you a party in a lawsuit?  ☐ No  ☐ Yes
If yes, amount of suit $      Possible completion date      Subject matter of suit

**17d.** Did you ever file bankruptcy?  ☐ No  ☐ Yes
If yes, date filed      Date discharged

**17e.** In the past 10 years did you transfer any assets out of your name for less than their actual value?  ☐ No  ☐ Yes
If yes, what asset?      Value of asset at time of transfer $
When was it transferred?      To whom was it transferred?

**17f.** Do you anticipate any increase in household income in the next two years?  ☐ No  ☐ Yes
If yes, why will the income increase?      (Attach sheet if you need more space.)
How much will it increase?  $

**17g.** Are you a beneficiary of a trust or an estate?  ☐ No  ☐ Yes
If yes, name of the trust or estate      Anticipated amount to be received $
When will the amount be received?

☐ Check this box when all spaces in Sect. 6 are filled in

**17h.** Are you a participant in a profit sharing plan?  ☐ No  ☐ Yes
If yes, name of plan      Value in plan $

---

**Section 7**

**Assets and Liabilities**

**18. PURCHASED AUTOMOBILES, TRUCKS AND OTHER LICENSED ASSETS.** Include boats, RV's, motorcycles, trailers, etc. (If you need additional space, attach a separate sheet.)

⌘ **Current Value:** Indicate the amount you could sell the asset for today.

| Description (Year, Make, Model, Mileage) | Current Value | Current Loan Balance | Name of Lender | Purchase Date | Amount of Monthly Payment |
|---|---|---|---|---|---|
| **18a.** Year <br> Make Model <br> Mileage | $ | $ | | | $ |
| **18b.** Year <br> Make Model <br> Mileage | $ | $ | | | $ |
| **18c.** Year <br> Make Model <br> Mileage | $ | $ | | | $ |

Section 7 continued on page 4 →

Collection Information Statement for Wage Earners and Self-Employed Individuals

Name_____    _____    SSN_____    _____

**Section 7**
**continued**

**19. LEASED AUTOMOBILES, TRUCKS AND OTHER LICENSED ASSETS.** (Include boats, RV's, motorcycles, trailers, etc.)
If you need additional space, attach a separate sheet.

| Description (Year, Make, Model) | Lease Balance | Name and Address of Creditor | Lease Date | Amount of Monthly Payment |
|---|---|---|---|---|
| **19a.** Year | | | | |
| Make/Model | $ | | | $ |
| **19b.** Year | | | | |
| Make/Model | $ | | | $ |

**ATTACHMENTS REQUIRED:** Please include your current statement from lender with monthly car payment amount and current balance of the loan for each vehicle purchased or leased.

**20. REAL ESTATE.** List all real estate you own. (If you need additional space, attach a separate sheet.)

| Street Address, City, State, Zip, and County | Date Purchased | Purchase Price | ⌗ Current Value | Loan Balance | Name of Lender or Lien Holder | Amount of Monthly Payment | ✳ Date of Final Payment |
|---|---|---|---|---|---|---|---|
| **20a.** | | $ | $ | $ | | $ | |
| **20b.** | | $ | $ | $ | | $ | |

⌗ **Current Value:** Indicate the amount you could sell the asset for today.

✳ **Date of Final Payment:** Enter the date the loan or lease will be fully paid.

**ATTACHMENTS REQUIRED:** Please include your current statement from lender with monthly payment amount and current balance for each piece of real estate owned.

**21. PERSONAL ASSETS.** List all Personal assets below. (If you need additional space, attach separate sheet.) *Furniture/Personal Effects* includes the total current market value of your household such as furniture and appliances. *Other Personal Assets* includes all artwork, jewelry, collections (coin, gun, etc.), antiques or other assets.

| Description | ⌗ Current Value | Loan Balance | Name of Lender | Amount of Monthly Payment | ✳ Date of Final Payment |
|---|---|---|---|---|---|
| **21a.** Furniture/Personal Effects | $ | $ | | $ | |
| Other: (List below) | | | | | |
| **21b.** Artwork | $ | $ | | $ | |
| **21c.** Jewelry | | | | | |
| **21d.** | | | | | |
| **21e.** | | | | | |

**22. BUSINESS ASSETS.** List all business assets and encumbrances below. Include Uniform Commercial Code (UCC) filings. (If you need additional space, attach a separate sheet.) *Tools used in Trade or Business* includes the basic tools or books used to conduct your business, excluding automobiles. *Other Business Assets* includes any other machinery, equipment, inventory or other assets.

| Description | ⌗ Current Value | Loan Balance | Name of Lender | Amount of Monthly Payment | ✳ Date of Final Payment |
|---|---|---|---|---|---|
| **22a.** Tools used in Trade/Business | $ | $ | | $ | |
| Other: (List below) | | | | | |
| **22b.** Machinery | $ | $ | | $ | |
| **22c.** Equipment | | | | | |
| **22d.** | | | | | |
| **22e.** | | | | | |

☐ Check this box when all spaces in Sect. 7 are filled in and attachments provided.

Section 8 begins on page 5 →

Collection Information Statement for Wage Earners and Self-Employed Individuals

Name _____     SSN _____

| | | | |
|---|---|---|---|
| **Section 8**<br>Accounts/<br>Notes<br>Receivable | 23. ACCOUNTS/NOTES RECEIVABLE (List all accounts separately, including contracts awarded, but not started. If you need additional space, attach a separate sheet.) | | |

| | Description | Amount Due | Date Due | Age of Account |
|---|---|---|---|---|
| *Use only if needed.*<br><br>☐ *Check this box if Section 8 not needed.* | 23a. Name<br>Street Address<br>City/State/Zip | $ | | ☐ 0 - 30 days<br>☐ 30 - 60 days<br>☐ 60 - 90 days<br>☐ 90+ days |
| | 23b. Name<br>Street Address<br>City/State/Zip | $ | | ☐ 0 - 30 days<br>☐ 30 - 60 days<br>☐ 60 - 90 days<br>☐ 90+ days |
| | 23c. Name<br>Street Address<br>City/State/Zip | $ | | ☐ 0 - 30 days<br>☐ 30 - 60 days<br>☐ 60 - 90 days<br>☐ 90+ days |
| | 23d. Name<br>Street Address<br>City/State/Zip | $ | | ☐ 0 - 30 days<br>☐ 30 - 60 days<br>☐ 60 - 90 days<br>☐ 90+ days |
| | 23e. Name<br>Street Address<br>City/State/Zip | $ | | ☐ 0 - 30 days<br>☐ 30 - 60 days<br>☐ 60 - 90 days<br>☐ 90+ days |
| | 23f. Name<br>Street Address<br>City, State/Zip | $ | | ☐ 0 - 30 days<br>☐ 30 - 60 days<br>☐ 60 - 90 days<br>☐ 90+ days |
| | 23g. Name<br>Street Address<br>City/State/Zip | $ | | ☐ 0 - 30 days<br>☐ 30 - 60 days<br>☐ 60 - 90 days<br>☐ 90+ days |
| | 23h. Name<br>Street Address<br>City/State/Zip | | | ☐ 0 - 30 days<br>☐ 30 - 60 days<br>☐ 60 - 90 days<br>☐ 90+ days |
| | 23i. Name<br>Street Address<br>City/State/Zip | $ | | ☐ 0 - 30 days<br>☐ 30 - 60 days<br>☐ 60 - 90 days<br>☐ 90+ days |
| | 23j. Name<br>Street Address<br>City/State/Zip | $ | | ☐ 0 - 30 days<br>☐ 30 - 60 days<br>☐ 60 - 90 days<br>☐ 90+ days |
| | 23k. Name<br>Street Address<br>City/State/Zip | $ | | ☐ 0 - 30 days<br>☐ 30 - 60 days<br>☐ 60 - 90 days<br>☐ 90+ days |
| | 23l. Name<br>Street Address<br>City/State/Zip | $ | | ☐ 0 - 30 days<br>☐ 30 - 60 days<br>☐ 60 - 90 days<br>☐ 90+ days |

☐ Check this box when all spaces in Sect. 8 are filled in.

Add "Amount Due" from lines 23a through 23l = 23m  $ _____

Collection Information Statement for Wage Earners and Self-Employed Individuals

Name _____    SSN_____

## Section 9

**Monthly Income and Expense Analysis**

*If only one spouse has a tax liability, but both have income, list the total household income and expenses.*

| *Total Income* | | | *Total Living Expenses* | |
|---|---|---|---|---|
| Source | Gross Monthly | | Expense Items [4] | Actual Monthly |
| 24. Wages (Yourself) [1] | $ | | 35. Food, Clothing and Misc. [5] | $ |
| 25. Wages (Spouse) [1] | | | 36. Housing and Utilities [6] | |
| 26. Interest - Dividends | | | 37. Transportation [7] | |
| 27. Net Income from Business [2] | | | 38. Health Care | |
| 28. Net Rental Income [3] | | | 39. Taxes (Income and FICA) | |
| 29. Pension/Social Security (Yourself) | | | 40. Court ordered payments | |
| 30. Pension/Social Security (Spouse) | | | 41. Child/dependent care | |
| 31. Child Support | | | 42. Life insurance | |
| 32. Alimony | | | 43. Other secured debt | |
| 33. Other | | | 44. Other expenses | |
| 34. Total Income | $ | | 45. Total Living Expenses | $ |

[1] **Wages, salaries, pensions, and social security:** Enter your gross monthly wages and/or salaries. Do not deduct withholding or allotments you elect to take out of your pay, such as insurance payments, credit union deductions, car payments etc.
To calculate your gross monthly wages and/or salaries
   If paid weekly - multiply weekly gross wages by 4.3. Example: $425.89 x 4.3 = $1,831.33
   If paid bi-weekly (every 2 weeks) - multiply bi-weekly gross wages by 2.17. Example: $972.45 x 2.17 = $2,110.22
   If paid semi-monthly (twice each month) - multiply semi-monthly gross wages by 2. Example: $856.23 x 2 = $1,712.46

[2] **Net Income from Business:** Enter your monthly net business income. This is the amount you earn after you pay ordinary and necessary monthly business expenses. This figure should relate to the yearly net profit from your Form 1040 Schedule C. If it is more or less than the previous year, you should attach an explanation. If your net business income is a loss, enter "0". Do not enter a negative number.

[3] **Net Rental Income:** Enter your monthly net rental income. This is the amount you earn after you pay ordinary and necessary monthly rental expenses. If your net rental income is a loss, enter "0". Do not enter a negative number.

[4] **Expenses not generally allowed:** We generally do not allow you to claim tuition for private schools, public or private college expenses, charitable contributions, voluntary retirement contributions, payments on unsecured debts such as credit card bills, cable television, and other similar expenses. However, we may allow these expenses if you can prove that they are necessary for the health and welfare of you or your family or for the production of income.

[5] **Food, Clothing and Misc.:** Total of clothing, food, housekeeping supplies, and personal care products for one month.

[6] **Housing and Utilities:** For your principal residence. Total of rent or mortgage payment. Add the average monthly expenses for the following: property taxes, home owner's or renter's insurance, maintenance, dues, fees, and utilities. Utilities include gas, electricity, water, fuel, oil, other fuels, trash collection and telephone.

[7] **Transportation:** Total of lease or purchase payments, vehicle insurance, registration fees, normal maintenance, fuel, public transportation, parking and tolls for one month.

**ATTACHMENTS REQUIRED:** Please include:



- A copy of your last Form 1040 with all Schedules.

- Proof of all current expenses that you paid for the past 3 months, including utilities, rent, insurance, property, taxes, etc.

- Proof of all non-business transportation expenses (e.g., car payments, lease payments, fuel, oil, insurance, parking, registration).

- Proof of payments for health care, including health insurance premiums, co-payments, and other out-of-pocket expenses, for the past 3 months

- Copies of any court order requiring payment and proof of such payments (e.g., cancelled checks, money orders, earning statements showing such deductions) for the past 3 months

☐ Check this box when all spaces in Sect. 9 are filled in and attachments provided.

☐ Check this box when all spaces in all sections are filled in and all attachments provided

*Certification: Under penalties of perjury, I declare that to the best of my knowledge and belief this statement of assets, liabilities, and other information is true, correct and complete.*



Your Signature            Spouse's Signature            Date

## ATTACHMENT B

**Form of Corporate Financial Statement**

# Collection Information Statement for Businesses

Complete all entry spaces with the most current data available.

*Important!* Write "N/A" (not applicable) in boxes that do not apply. We may require additional information to support "N/A" entries.

Failure to complete all entry spaces may result in rejection or significant delay in the resolution of your account.

---

**Section 1**
**Business Information**

| | |
|---|---|
| 1a. Business Name | 3a. Contact Name |
| Business Street Address | 3b. Contact's Business Telephone ( ) |
| City        State        Zip | Extension |
| County | Best Time To Call        am        pm (Enter Hour) |
| 1b. Business Telephone ( ) | 3c. Contact's Home Telephone ( ) |
| 2a. Employer Identification No. (EIN) | Best Time To Call        am        pm (Enter Hour) |
| 2b. Type of Entity (Check appropriate box below): | 3d. Contact's Other Telephone ( ) |
| ☐ Partnership  ☐ Corporation  ☐ Other | Telephone Type (i.e. fax, cellular, pager) |
| 2c. Type of Business | 3e. Contact's E-mail Address |

☐ Check this box when all spaces in Sect. 1 are filled in

---

**Section 2**
**Business Personnel and Contacts**

4. PERSON RESPONSIBLE FOR DEPOSITING PAYROLL TAXES

4a. Full Name                Title        Social Security Number
Home Street Address                       Home Telephone ( )
City        State        Zip              Ownership Percentage & Shares of Interest

5. PARTNERS, OFFICERS, MAJOR SHAREHOLDERS, ETC.

5a. Full Name                Title        Social Security Number
Home Street Address                       Home Telephone ( )
City        State        Zip              Ownership Percentage & Shares or Interest

5b. Full Name                Title        Social Security Number
Home Street Address                       Home Telephone ( )
City        State        Zip              Ownership Percentage & Shares or Interest

5c. Full Name                Title        Social Security Number
Home Street Address                       Home Telephone ( )
City        State        Zip              Ownership Percentage & Shares or Interest

5d. Full Name                Title        Social Security Number
Home Street Address                       Home Telephone ( )
City        State        Zip              Ownership Percentage & Shares or Interest

☐ Check this box when all spaces in Sect. 2 are filled in

---

**Section 3**
**Accounts/ Notes Receivable**

*See page 6 for additional space, if needed.*

6. ACCOUNTS/NOTES RECEIVABLE. List all contracts separately, including contracts awarded, but not started.

| | Description | Amount Due | Date Due | Age of Account |
|---|---|---|---|---|
| 6a. Name | | $ | | ☐ 0 - 30 days |
| Street Address | | | | ☐ 30 - 60 days |
| City/State/Zip | | | | ☐ 60 - 90 days |
| | | | | ☐ 90+ days |
| 6b. Name | | $ | | ☐ 0 - 30 days |
| Street Address | | | | ☐ 30 - 60 days |
| City/State/Zip | | | | ☐ 60 - 90 days |
| | | | | ☐ 90+ days |

6a + 6b = 6c      6c $

Amount from Page 6  +  6p

☐ Check this box when all spaces in Sect. 3 are filled in

6q. Total Accounts/ Notes Receivable    6c + 6p = 6q    = $

*Section 4 begins on page 2* →

Collection Information Statement for Businesses

| Business Name | | EIN |

---

## Section 4

**Other Financial Information**

**7. OTHER FINANCIAL INFORMATION.** Respond to the following questions for the business.

**7a.** Does the business have other financial institutions, money, credit cards, or merchandise (stock in the shop, etc.)? ............ ☐ No ☐ Yes
If yes, what institution EIN: _____ Account No.: _____

**7b.** Does anyone (officer, stockholder, partner or employee) have an outstanding loan borrowed from the business? ............ ☐ No ☐ Yes
If yes, amount of loan $ _____ Date of loan _____ Current balance $ _____

**7c.** Are there any judgments or liens against your business? ............ ☐ No ☐ Yes
If yes, who is the creditor? _____ Date entered/obtained judgment/lien _____ Amount of debt $ _____

**7d.** Is your business a party in a lawsuit? ............ ☐ No ☐ Yes
If yes, amount of suit $ _____ Possible completion date _____ Subject matter of suit _____

**7e.** Has your business ever filed bankruptcy? ............ ☐ No ☐ Yes
If yes, date filed _____ Date discharged _____ Petition No. _____

**7f.** In the past 10 years have you transferred any assets from your business name for less than their actual value? ............ ☐ No ☐ Yes
If yes, what asset? _____ Value of asset at time of transfer $ _____
When was it transferred? _____ To whom or where was it transferred? _____

**7g.** Do you anticipate any increase in business income in the future or has it been bid but not yet awarded? ............ ☐ No ☐ Yes
If yes, why will the income increase? _____ (Attach sheet if you need additional space.)
How much will it increase? _____ When will the business income increase? _____

**7h.** Is your business a beneficiary of a trust, an estate or a life insurance policy? ............ ☐ No ☐ Yes
If yes, name of the trust, estate or policy _____ Anticipated amount to be received? _____
When will the amount be received? _____

☐ Check this box when all spaces in Sect. 4 are filled in.

---

## Section 5

**Business Assets**

☐ Current Value: Indicate the amount you could sell the asset for today.

**8. PURCHASED AUTOMOBILES, TRUCKS AND OTHER LICENSED ASSETS.** Include boats, RV's, motorcycles, trailers, etc.
(If you need additional space, attach a separate sheet.)

| | Description (Year, Make, Model, Mileage) | Current Value | Loan Balance | Name of Lender | Purchase Date | Amount of Monthly Payment |
|---|---|---|---|---|---|---|
| **8a.** | Year | | | | | |
| | Make/Model | | | | | |
| | Mileage | $ | $ | | | $ |
| **8b.** | Year | | | | | |
| | Make/Model | | | | | |
| | Mileage | $ | $ | | | $ |
| **8c.** | Year | | | | | |
| | Make/Model | | | | | |
| | Mileage | $ | $ | | | $ |

**9. LEASED AUTOMOBILES, TRUCKS AND OTHER LICENSED ASSETS.** Include boats, RV's, motorcycles, trailers, etc.
(If you need additional space, attach a separate sheet.)

| | Description (Year, Make, Model) | Lease Balance | Name of Lessor | Lease Date | Amount of Monthly Payment |
|---|---|---|---|---|---|
| **9a.** | Year | | | | |
| | Make/Model | $ | | | $ |
| **9b.** | Year | | | | |
| | Make/Model | $ | | | $ |

 **ATTACHMENTS REQUIRED:** Please include your current statement from lender with monthly car payment amount and current balance of the loan for each vehicle purchased or leased.

Section 5 continued on page 3 →

Collection Information Statement for Businesses

Business Name                                    EIN

---

## Section 5
### continued

**Current Value:** indicate the amount you could sell the asset for today.

**\*Date of Final Payment:** Enter the date the loan or lease will be fully paid.

10. REAL ESTATE. List all real estate owned by the business. If you need additional space, attach a separate sheet.

| Street Address, City State, Zip, and County | Date Purchased | Purchase Price | EIN | Loan Balance | Name of Lender or Lien Holder | Amount of Monthly Payment | \*Date of Final Payment |
|---|---|---|---|---|---|---|---|
| 10a. | | $ | $ | $ | | $ | |
| 10b. | | $ | $ | $ | | $ | |

ATTACHMENTS REQUIRED: Please include your current statement from lender with monthly payment amount and current balance for each piece of real estate owned.

---

☐ Check this box if you are attaching a depreciation schedule for machinery/equipment in lieu of completing line 11.

11. BUSINESS ASSETS. List all business assets and encumbrances below. Include Uniform Commercial Code (UCC) filings. (If you need additional space, attach a separate sheet.) Note: If attaching a depreciation schedule, the attachment must include all of the information requested below.

| Description | Current Value | Loan Balance | Name of Lender | Amount of Monthly Payment | \*Date of Final Payment |
|---|---|---|---|---|---|
| 11a. Machinery | $ | $ | | $ | |
| Equipment | | | | | |
| | | | | | |
| Other Assets (List below) | | | | | |
| 11b. | $ | $ | | $ | |
| 11c. | | | | | |

☐ Check this box when all spaces in Sect. 5 are filled in and attachments provided.

ATTACHMENTS REQUIRED: Please include your current statement from lender with monthly payment amount and current loan balance for assets listed which have an encumbrance.

---

## Section 6
### Investment, Banking and Cash Information

12. INVESTMENTS. List all investment assets below. Include stocks, bonds, mutual funds, stock options and certificates of deposits.

| Name of Company | Number of Shares/Units | Current Value | Loan Amount | Used as collateral on loan? |
|---|---|---|---|---|
| 12a. | | $ | $ | ☐ No  ☐ Yes |
| 12b. | | | | ☐ No  ☐ Yes |
| 12c. Total Investments | | $ | | |

---

Section 6 continued on page 4 →

Collection Information Sta    ent for Businesses

Business Name                                                EIN

---

**Section 6**
continued

*Complete all entry spaces with the most **current** data available.*

13. **BANK ACCOUNTS.** List all check ng and savings accounts. If you need additional space, attach a separate sheet.

| Type of Account | Full Name of Bank, Savings & Loan, Credit Union or Financial Institution | Bank Routing No. | Bank Account No. | Current Account Balance |
|---|---|---|---|---|
| **13a.** Checking | Name | | | $ |
| | Street Address | | | |
| | City State Zip | | | |
| **13b.** Checking | Name | | | $ |
| | Street Address | | | |
| | City State Zip | | | |
| **13c.** Savings | Name | | | $ |
| | Street Address | | | |
| | City State Zip | **13d. Total Bank Account Balances** | | $ |

**ATTACHMENTS REQUIRED:** Please include your current bank statements (checking and saving) for the past three months for all accounts.

---

14. **OTHER ACCOUNTS.** List all accounts, including brokerage accounts, money market, additional checking and savings accounts not listed on line #13 and any other accounts not listed in this section.

| Type of Account | Full Name of Bank, Savings & Loan, Credit Union or Financial Institution | Bank Routing No. | Bank Account No. | Current Account Balance |
|---|---|---|---|---|
| **14a.** | Name | | | $ |
| | Street Address | | | |
| | City State Zip | | | |
| **14b.** | Name | | | $ |
| | City State Zip | **14c. Total Other Account Balances** | | $ |

**ATTACHMENTS REQUIRED:** Please include your current bank statements (checking, savings, money market, and brokerage accounts) for the past three months for all accounts.

---

15. **CASH ON HAND.** Include any money that you have that is not in the bank.

| | **15a. Total Cash on Hand** | $ |
|---|---|---|

---

16. **AVAILABLE CREDIT.** List all lines of credit, including credit cards.

| Full Name of Credit Institution | Credit Limit | Amount Owed | Available Credit |
|---|---|---|---|
| **16a.** Name | | | $ |
| Street Address | | | |
| City/State Zip | | | |
| **16b.** Name | | | $ |
| Street Address | | | |
| City/State/Zip | **16c. Total Credit Available** | | $ |

☐ Check this box when all spaces in Sect. 6 are filled in and attachments provided.

Collection Information Statement for Businesses

| Business Name | EIN |
|---|---|

**Section 7**
**Monthly Income and Expenses**

17. The following information applies to income and expenses during the most recently filed Form 1120 or Form 1065.
    Fiscal Year Period ( ___ )

18. Accounting Method Used:  ☐ Cash    ☐ Accrual

*Complete all entry spaces with the most current data available.*

The information included on lines 19 through 39 should reconcile to your business federal tax return.

**Total Income**

| Source | Gross Monthly |
|---|---|
| 19. Gross Receipts | $ |
| 20. Gross Rental Income | |
| 21. Interest | |
| 22. Dividends | |
| Other Income (specify on line 23-25) | |
| 23. | |
| 24. | |
| 25. | |
| (Add lines 19 through 25) | |
| 26.    TOTAL INCOME | $ |

**Total Expenses**

| Expense Items | Actual Monthly |
|---|---|
| 27. Materials Purchased [1] | $ |
| 28. Inventory Purchased [2] | |
| 29. Gross Wages & Salaries | |
| 30. Rent | |
| 31. Supplies [3] | |
| 32. Utilities / Telephone [4] | |
| 33. Vehicle Gasoline / Oil | |
| 34. Repairs & Maintenance | |
| 35. Insurance | |
| 36. Current Taxes [5] | |
| Other Expenses (including installment payments specify - line 37-38) | |
| 37. | |
| 38. | |
| (Add lines 27 through 38) | |
| 39.    TOTAL EXPENSES | $ |

[1] **Materials Purchased:** Materials are items directly related to the production of a product or service.

[2] **Inventory Purchased:** Goods bought for resale.

[3] **Supplies:** Supplies are items used in your business that are consumed or used up within one year, this could be the cost of books, office supplies, professional instruments, etc.

[4] **Utilities:** Utilities include gas, electricity, water, fuel oil, other fuels, trash collection and telephone.

[5] **Current Taxes:** ... federal, state and local taxes ... property, sales and the employer's portion of employment taxes.

☐ Check this box when all spaces in Sect. 7 are filled in.

☐ Check this box when all spaces in all sections are filled in and/or attachments provided.

**Certification:** Under penalties of perjury, I declare that to the best of my knowledge and belief this statement of assets, liabilities, and other information is true, correct and complete.

Print Name                                     Title

Your Signature                                 Date

*Accounts/Notes Receivable Continuation on page 6*  →

Collection Information Statement for Businesses

| Business Name | EIN |
|---|---|

| **Section 3**<br>Accounts/<br>Notes<br>Receivable<br>continued | ACCOUNTS/NOTES RECEIVABLE CONTINUATION PAGE (List all contracts separately, including contracts awarded, but not started. If you need additional space, copy this page and attach to this 433-B package.) | | | |
|---|---|---|---|---|
| *Use only if needed.* | Description | Amount Due | Date Due | Age of Account |
| ☐ *Check this box if this page is not needed.* | 6d. Name<br>Street Address<br>City State Zip | $ | | ☐ 0 - 30 days<br>☐ 30 - 60 days<br>☐ 60 - 90 days<br>☐ 90+ days |
| | 6e. Name<br>Street Address<br>City State Zip | $ | | ☐ 0 - 30 days<br>☐ 30 - 60 days<br>☐ 60 - 90 days<br>☐ 90+ days |
| | 6f. Name<br>Street Address<br>City State Zip | $ | | ☐ 0 - 30 days<br>☐ 30 - 60 days<br>☐ 60 - 90 days<br>☐ 90+ days |
| | 6g. Name<br>Street Address<br>City State Zip | $ | | ☐ 0 - 30 days<br>☐ 30 - 60 days<br>☐ 60 - 90 days<br>☐ 90+ days |
| | 6h. Name<br>Street Address<br>City State Zip | $ | | ☐ 0 - 30 days<br>☐ 30 - 60 days<br>☐ 60 - 90 days<br>☐ 90+ days |
| | 6i. Name<br>Street Address<br>City State Zip | $ | | ☐ 0 - 30 days<br>☐ 30 - 60 days<br>☐ 60 - 90 days<br>☐ 90+ days |
| | 6j. Name<br>Street Address<br>City State Zip | $ | | ☐ 0 - 30 days<br>☐ 30 - 60 days<br>☐ 60 - 90 days<br>☐ 90+ days |
| | 6k. Name<br>Street Address<br>City State Zip | $ | | ☐ 30 - 60 days<br>☐ 60 - 90 days<br>☐ 90+ days |
| | 6l. Name<br>Street Address<br>City State Zip | $ | | ☐ 0 - 30 days<br>☐ 30 - 60 days<br>☐ 60 - 90 days<br>☐ 90+ days |
| | 6m. Name<br>Street Address<br>City State Zip | $ | | ☐ 0 - 30 days<br>☐ 30 - 60 days<br>☐ 60 - 90 days<br>☐ 90+ days |
| | 6n. Name<br>Street Address<br>City State Zip | $ | | ☐ 0 - 30 days<br>☐ 30 - 60 days<br>☐ 60 - 90 days<br>☐ 90+ days |
| | 6o. Name<br>Street Address<br>City State Zip | $ | | ☐ 0 - 30 days<br>☐ 30 - 60 days<br>☐ 60 - 90 days<br>☐ 90+ days |

☐ Check this box when all spaces in Sect. 3 are filled in.

Add lines 6d through 6o = 6p   $          *(Add this amount to amount on line 6c, Section 3, page 1)*

**ATTACHMENT C**

**Form of Consent to Release of Financial Records**

I, _____, of the State of _____ in the United States of America, do hereby direct any bank or trust company at which I have a bank account of any kind or at which a corporation or other entity has a bank account of any kind upon which I am authorized to draw, and its officers, employees and agents, to disclose all information and deliver copies of all documents of every nature in your possession or control which relate to the said bank accounts to any attorney of the Federal Trade Commission, and to give evidence relevant thereto, in the matter of the <u>FTC v. Jaguar Business Concepts, L.P.</u>, now pending in the United States District Court for the District of Maryland, Northern Division, and this shall be irrevocable authority for so doing. **This direction is intended to apply to the laws of countries other than the United States which restrict or prohibit the disclosure of bank information without the consent of the holder of the account, and shall be construed as consent with respect thereto, and the same shall apply to any of the bank accounts for which I may be a relevant principal.**

Dated:          _____, 2003

Signature:      _____

Printed full name:   _____

# CERTIFICATE OF SERVICE

     I hereby certify that on the 21st day of September, 2003, I caused a copy of the foregoing Stipulation and Order for Preliminary Injunction With an Accounting, Expedited Discovery and Other Equitable Relief and cover letter to Judge Garbis to be served by first class mail, postage prepaid on the following parties and their representatives at the following addresses:

**For Defendant Jaguar Business Concepts, L.P.:**

| | | |
|---|---|---|
| Wallace E. Akehurst | and | Jacqueline A. Demer |
| 2633 Monkton Rd. | | 3000 Alabama Rd., #119-166 |
| Monkton, MD 21111 | | Alpharetta, GA 30022 |
| | | As Member/Manager of Jaguar's General Partner, |
| | | Cheyenne Investment Alliance, L.L.C. |

**For Defendant Cheyenne Investment Alliance, L.L.C.:**

| | | |
|---|---|---|
| Wallace E. Akehurst | and | Jacqueline A. Demer |
| 2633 Monkton Rd. | | 3000 Alabama Rd., #119-166 |
| Monkton, MD 21111 | | Alpharetta, GA 30022 |
| As Member of Cheyenne | | As Member/Manager of Cheyenne Investment |
| Investment Alliance, L.L.C. | | Alliance, L.L.C. |

**For Defendant Jacqueline A. Demer:**

Jacqueline A. Demer
3000 Alabama Rd., #119-166
Alpharetta, GA 30022

                                _Patricia F. Bak_
                                Patricia F. Bak
                                Attorney for Plaintiff, Federal Trade Commission