UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

|  |  |  |
|---|---|---|
| **FEDERAL TRADE COMMISSION,** | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO.  MJG 03 CV 108 |
| **JAGUAR BUSINESS CONCEPTS, LP,** dba **LIBERTYMALL.COM, et al.,** | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

Plaintiff, the Federal Trade Commission, hereby informs the Court and the Defendants that service to Defendant Demer of **OPPOSITION OF PLAINTIFF FEDERAL TRADE COMMISSION TO DEFENDANT DEMER'S FIRST MOTION TO EXTEND TIME** was misaddressed.  This **NOTICE OF FILING** is being served on all Defendants and a copy of the **OPPOSITION OF PLAINTIFF FEDERAL TRADE COMMISSION TO DEFENDANT DEMER'S FIRST MOTION**

**TO EXTEND TIME** is being re-served on Defendant Demer by pre-paid Federal Express overnight delivery on March 3, 2003.

Dated: March 3, 2003          Respectfully Submitted,

_____/S/_____
PATRICIA F. BAK
ADAM B. FINE
JAMES REILLY DOLAN (BAR # 09514)
Attorneys
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, DC 20580
(202) 326-2842; (202) 326-3784 or (202) 326-3292 (ph.)
(202) 326-2558 (Fax)

ATTORNEYS FOR PLAINTIFF
FEDERAL TRADE COMMISSION