# CERTIFICATE OF SERVICE

      I hereby certify that on this 3rd day of March 2003, I caused a copy of the foregoing **Notice of Filing of the Plaintiff Federal Trade Commission** to be served on all below listed defendants at the following addresses and the **Opposition of Plaintiff Federal Trade Commission to Defendant Demer's First Motion to Extend Time** to be served on Jacqueline A Demer at the below listed address by prepaid Federal Express overnight delivery:

**For Defendant Jaguar Business Concepts, L.P.:**

| | | |
|---|---|---|
| Wallace E. Akehurst | and | Jacqueline A. Demer |
| 2633 Monkton Rd. | | 3000 Old Alabama Rd., #119-166 |
| Monkton, MD 21111 | | Alpharetta, GA 30022 |
| | | As Member/Manager of Jaguar's General Partner, Cheyenne Investment Alliance, L.L.C. |

**For Defendant Cheyenne Investment Alliance, L.L.C.:**

| | | |
|---|---|---|
| Wallace E. Akehurst | and | Jacqueline A. Demer |
| 2633 Monkton Rd. | | 3000 Old Alabama Rd., #119-166 |
| Monkton, MD 21111 | | Alpharetta, GA 30022 |
| As Member of Cheyenne Investment Alliance, L.L.C. | | As Member/Manager of Cheyenne Investment Alliance, L.L.C. |

**For Defendant Jacqueline A. Demer:**

Jacqueline A. Demer
3000 Old Alabama Rd., #119-166
Alpharetta, GA 30022

                                        _____/s/_____
                                        Patricia F. Bak
                                        Attorney for Plaintiff, Federal Trade Commission