AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me¹ ** | January 22, 2003 @ 2:55 pm |
| NAME OF SERVER | TITLE |
| David Batzle | Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: __3000 Old Alabama Road, Alpharetta, GA 30022__

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __1/28/03__     _[signature]_
         Date                Signature of Server

Address of Server: ATLANTA, GA [illegible]

** Also served:
Order, dated 1/13/02, setting the Hearing on Plaintiff's Motion; Exhibits in Support of Plaintiff's Memorandum of Points and Authorities; Plaintiff's Memorandum of Points and Authorities; Proposed Temporary Restraining Order; Plaintiff's Motion for a Temporary Restraining Order; and Affidavit of Plaintiff's Counsel.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.