## CERTIFICATE OF SERVICE

I hereby certify that on this 31$^{std}$ day of March 2003, I caused a copy of the foregoing **Opposition of Plaintiff Federal Trade Commission to Jacqueline Demer's Motion to Dismiss, Presenting Defenses of Lack of Personal Jurisdiction, Lack of Subject Matter Jurisdiction, Lack of Proper Process of Service and Failure to State a Claim Under Federal Rules of Civil Procedure Rule 12(b) and 12(h)** and the **Motion of Plaintiff Federal Trade Commission to Strike the Affidavits of Lawful Authority Request, Affidavits of Jacqueline Demer by Special Visitation and the Third Party Witness Statements Offered as Proof of Service and Certificate of Mailing Filed by Defendant Jacqueline A. Demer and Directed to Federal Trade Commission Chairman Timothy J. Muris, Commissioners Sheila F. Anthony, Thomas B. Leary, Mozelle W. Thompson, and Orson Swindle, General Counsel William Kovacic, and Attorneys Patricia F. Bak, Adam B. Fine and James Reilly Dolan** to be served on all below listed defendants at the following addresses by first class mail, postage prepaid:

**For Defendant Jaguar Business Concepts, L.P.:**

| | | |
|---|---|---|
| Wallace E. Akehurst | and | Jacqueline A. Demer |
| 2633 Monkton Rd. | | 3000 Old Alabama Rd., #119-166 |
| Monkton, MD 21111 | | Alpharetta, GA 30022 |
| | | As Member/Manager of Jaguar's General Partner, Cheyenne Investment Alliance, L.L.C. |

**For Defendant Cheyenne Investment Alliance, L.L.C.:**

| | | |
|---|---|---|
| Wallace E. Akehurst | and | Jacqueline A. Demer |
| 2633 Monkton Rd. | | 3000 Old Alabama Rd., #119-166 |
| Monkton, MD 21111 | | Alpharetta, GA 30022 |
| As Member of Cheyenne Investment Alliance, L.L.C. | | As Member/Manager of Cheyenne Investment Alliance, L.L.C. |

**For Defendant Jacqueline A. Demer:**

Jacqueline A. Demer
3000 Old Alabama Rd., #119-166
Alpharetta, GA 30022

_____/s/_____
Patricia F. Bak
Attorney for Plaintiff, Federal Trade Commission