H   Avoidance of Unnecessary Proof and Cumulative Evidence

The parties shall endeavor to avoid unnecessary proof and cumulative evidence by way of stipulations based upon discovery results.

Referrals to Magistrates or Masters

Reference to a special master or magistrate may delay these proceedings and increase costs, except with respect to discovery issues.

J.   Preliminary Estimate of Required Trial Time

The parties estimate that the trial will require three days.

K.   Conference Before Trial, Final Pretrial Conference, Trial Date

The parties propose a trial date in early February 2004. The parties propose a final pretrial conference in December 2003. The parties propose a status conference in October 2003.

L.   Additional Information

None.

**FOR PLAINTIFF**
**FEDERAL TRADE COMMISSION**

*(signature)*

Patricia F. Bak, Esq.
Adam B. Fine, Esq.
James Reilly Dolan, Esq. Bar # 09514
Federal Trade Commission
600 Pennsylvania Ave., N.W.
Mail Drop NJ 2122
Washington, D.C. 20580
202-326-2842
202-326-2558 (fax)

**FOR DEFENDANTS JAGUAR BUSINESS CONCEPTS, LP AND CHEYENNE INVESTMENT ALLIANCE, LLC**

*(signature)*

Wallace E. Akehurst
2633 Monkton Rd.
Monkton, MD 21111
410-472-9032
410-510-1121 (fax)
Limited Partner for Jaguar Business Concepts, L.P.
and Member of Cheyenne Investment Alliance, L.L.C.

Date: April 8, 2003