# EXHIBIT A

Patricia F. Bak  
Federal Trade Commission  
600 Pennsylvania Ave., N.W., Room NJ-2122  
Washington, D.C. 20580

Certified Mail No. 7002 0860 0004 2214 8732  
Return Receipt Requested

Re: MJG 03 CV 108  
JAGUAR BUSINESS CONCEPTS, LP DBA LIBERTYMALL.COM et al

March 31, 2003

Dear Ms. Bak:

Thank you for the facsimile transmittal of your proposed joint scheduling report. Frankly, your schedule does not interest me, nor does it have any bearing on my schedule.

It is the duty of the People to challenge government. The challenge to your authority and jurisdiction re the above captioned matter has been made. You have a legal obligation under the Administrative Procedures Act to respond to the challenge by returning the Affidavit of Lawful Authority that was provided for this purpose. Actions taken by you without authority subject you to personal liability and personal responsibility and professional sanctions.

It is my duty to inform you that if you continue to pursue me without authority, I intend to prosecute those who attempt to abrogate my unalienable rights.

Considering the seriousness of this matter it is vital that all communication by and between the Federal Trade Commission and me be in written form so that a proper record is maintained for my remedy should such need arise. I will not accept telephone calls to discuss this matter; do not call me again.

Thank you,

*Jacqueline Demer*  
Jacqueline Demer

Document No. JAD-033103-PFB                                                                                           Page 1 of 1