# EXHIBIT C

Certified Mail No. 7002 0860 0004 2214 9128
Return Receipt Requested and Facsimile

Patricia F. Bak
Federal Trade Commission
600 Pennsylvania Ave., N.W., Room NJ-2122
Washington, D.C. 20580

Re:  Civil Action No. MJG 03 CV 108
     FTC v. JAGUAR BUSINESS CONCEPTS, LP DBA LIBERTYMALL.COM et al.

April 2, 2003

Dear Ms. Bak:

Thank you for the facsimile transmittal of your letter and I appreciate the comments that where made.

This can be settled right here and now – all you and your associates have to do is sign the Affidavit of Lawful Authority to show your good faith and proper investigation and adjudication in this matter. Without a signed Affidavit of Lawful Authority, you are admitting you do not have legal and lawful jurisdiction and are conspiring to deny an innocent American her unalienable rights and therefore, due process.

Your continuous reference to the Federal Rules of Civil Procedure and well-established litigation management issues in lieu of executing the Affidavit of Lawful Authority indicates to me that you are trying to coerce and compel me to waive my unalienable rights. Your threats are a ploy to demean my position and standing with the court.

Either you have the legal and lawful authority to pursue this matter or you don't. If you do, you and your associates need simply sign the Affidavit of Lawful Authority and return them to the OFFICER OF THE COURT for proper witness of receipt, as originally instructed. I will even extend the time permitted for their return to Thursday, April 3, 2003, so you may sign and send them via overnight courier to the OFFICER OF THE COURT.

I will gladly comply and take part in all negotiations and appearances required once all nine (9) signed Affidavits of Lawful Authority are witnessed by the OFFICER OF THE COURT establishing your legal and lawful authority to pursue this matter. The non-return of signed Affidavits of Lawful Authority is prima facie evidence you do not have the legal and lawful authority for proper investigation and adjudication in this matter. Without these, the continued harassment and attempted abrogation of my unalienable rights by the Federal Trade Commission and/or its agents are deemed personal acts committed in a personal capacity without the immunity of office.

Thank you,

*Jacqueline Demer*
Jacqueline Demer

encl: FTC Letter dated April 1, 2003

cc: Judge Marvin J. Garbis, US. District Court Maryland
    file