## CERTIFICATE OF SERVICE

      I hereby certify that on this 11th day of April 2003, I caused a copy of the foregoing **Joint Scheduling Report of Plaintiff Federal Trade Commission and Defendants Jaguar Business Concepts, LP and Cheyenne Investment Alliance, LLC** to be served on all below listed defendants at the following addresses by first class mail, postage prepaid:

**For Defendant Jaguar Business Concepts, L.P.:**

| | | |
|---|---|---|
| Wallace E. Akehurst | and | Jacqueline A. Demer |
| 2633 Monkton Rd. | | 3000 Old Alabama Rd., #119-166 |
| Monkton, MD 21111 | | Alpharetta, GA 30022 |
| | | As Member/Manager of Jaguar's General Partner, Cheyenne Investment Alliance, L.L.C. |

**For Defendant Cheyenne Investment Alliance, L.L.C.:**

| | | |
|---|---|---|
| Wallace E. Akehurst | and | Jacqueline A. Demer |
| 2633 Monkton Rd. | | 3000 Old Alabama Rd., #119-166 |
| Monkton, MD 21111 | | Alpharetta, GA 30022 |
| As Member of Cheyenne Investment Alliance, L.L.C. | | As Member/Manager of Cheyenne Investment Alliance, L.L.C. |

**For Defendant Jacqueline A. Demer:**

Jacqueline A. Demer
3000 Old Alabama Rd., #119-166
Alpharetta, GA 30022

                                _____/s/_____
                                Patricia F. Bak
                                Attorney for Plaintiff, Federal Trade Commission