## CERTIFICATE OF SERVICE

      I hereby certify that on this 11th day of April 2003, I caused a copy of the foregoing **Motion of Plaintiff Federal Trade Commission for an Order Directing that Defendant Jacqueline A. Demer be Subject to the Terms of the Joint Scheduling Report of Plaintiff Federal Trade Commission and Defendants Jaguar Business Concepts, LP and Cheyenne Investment Alliance, LLC or Such Other Discovery Plan as the Court May Deem Acceptable** to be served on all below listed defendants at the following addresses by first class mail, postage prepaid:

**For Defendant Jaguar Business Concepts, L.P.:**

| | | |
|---|---|---|
| Wallace E. Akehurst | and | Jacqueline A. Demer |
| 2633 Monkton Rd. | | 3000 Old Alabama Rd., #119-166 |
| Monkton, MD 21111 | | Alpharetta, GA 30022 |
| | | As Member/Manager of Jaguar's General Partner, Cheyenne Investment Alliance, L.L.C. |

**For Defendant Cheyenne Investment Alliance, L.L.C.:**

| | | |
|---|---|---|
| Wallace E. Akehurst | and | Jacqueline A. Demer |
| 2633 Monkton Rd. | | 3000 Old Alabama Rd., #119-166 |
| Monkton, MD 21111 | | Alpharetta, GA 30022 |
| As Member of Cheyenne Investment Alliance, L.L.C. | | As Member/Manager of Cheyenne Investment Alliance, L.L.C. |

**For Defendant Jacqueline A. Demer:**

Jacqueline A. Demer
3000 Old Alabama Rd., #119-166
Alpharetta, GA 30022

                                                _____/s/_____
                                                Patricia F. Bak
                                                Attorney for Plaintiff, Federal Trade Commission