UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.  MJG 03 CV 108 |
| **JAGUAR BUSINESS CONCEPTS, LP,** dba **LIBERTYMALL.COM, et al.,** | ) |
| Defendants. | ) |

### REQUEST TO ENTER DEFAULT AGAINST DEFENDANT JACQUELINE A. DEMER

TO THE CLERK OF THE ABOVE ENTITLED COURT:

Plaintiff Federal Trade Commission hereby requests that the Clerk of the above-entitled Court enter default in this matter against defendant Jacqueline A. Demer ("Demer") on the ground that said defendant has failed to file an Answer to the Complaint within the time prescribed by the Federal Rules of Civil Procedure and two Orders of the Court extending the deadline for defendant Demer to file an Answer.  Plaintiff served the Summons and Complaint on Demer on January 22, 2003.

   The above stated facts are set forth in the accompanying declaration of Patricia F. Bak filed herewith as Exhibit A.

                Respectfully submitted,

Dated: May 28, 2003

                _____/s/_____
                PATRICIA F. BAK
                ADAM B. FINE
                JAMES REILLY DOLAN (BAR #09514)
                Attorneys
                Federal Trade Commission
                600 Pennsylvania Avenue, N.W.
                Washington, DC 20580
                (202) 326-2842; (202) 326-3784 or (202) 326-3292 (ph.)
                (202) 326-2558 (Fax)
                ATTORNEYS FOR PLAINTIFF
                FEDERAL TRADE COMMISSION

## CERTIFICATE OF SERVICE

    I hereby certify that on this 28th day of May 2003, I caused a copy of the foregoing **Request to Enter Default Against Defendant Jacqueline A. Demer** to be served on all below listed defendants at the following addresses by first class mail, postage prepaid:

**For Defendant Jaguar Business Concepts, L.P.:**

| Wallace E. Akehurst | and | Jacqueline A. Demer |
|---|---|---|
| 2633 Monkton Rd. | | c/o Thomas Trainor, Notary Public |
| Monkton, MD 21111 | | 3000 Old Alabama Rd., #119-118 |
| | | Alpharetta, GA 30022 |
| | | As Member/Manager of Jaguar's General Partner, |
| | | Cheyenne Investment Alliance, L.L.C. |

**For Defendant Cheyenne Investment Alliance, L.L.C.:**

| Wallace E. Akehurst | and | Jacqueline A. Demer |
|---|---|---|
| 2633 Monkton Rd. | | c/o Thomas Trainor, Notary Public |
| Monkton, MD 21111 | | 3000 Old Alabama Rd., #119-118 |
| | | Alpharetta, GA 30022 |
| | | As Member/Manager of Jaguar's General Partner, |
| | | Cheyenne Investment Alliance, L.L.C. |

**For Defendant Jacqueline A. Demer:**

Jacqueline A. Demer
c/o Thomas Trainor, Notary Public
3000 Old Alabama Rd., #119-118
Alpharetta, GA 30022

                                _____/s/_____
                                Patricia F. Bak
                                Attorney for Plaintiff, Federal Trade Commission