**EXHIBIT A**

**DECLARATION OF PATRICIA F. BAK**

1.  My name is Patricia F. Bak.  I am an attorney employed by the Federal Trade Commission, 600 Pennsylvania Avenue, NW, Mail Drop NJ 2122, Washington, DC 20580.  The following facts are within my personal knowledge and if called upon as a witness I would testify thereto.

2.  As evidenced by the Court's May 1, 2003 Order and the Return of Service filed with the Court on March 31, 2003, as Exhibit A to the Opposition of Plaintiff Federal Trade Commission to Jacqueline Demer's Motion to Dismiss, Presenting Defenses of Lack of Personal Jurisdiction, Lack of Subject Matter Jurisdiction, Lack of Proper Process of Service and Failure to State a Claim Under Federal Rules of Civil Procedure Rules 12(b) and 12(h), on January 22, 2003, defendant Jacqueline A. Demer ("Demer") was properly served with the Summons, Complaint and other papers filed in this case.

3.  According to Fed. R. Civ. Pro. 12(a), defendant Demer had twenty (20) days to respond to the Complaint.  The Court's April 2, 2003 and April 25, 2003 Orders extended the time by which Demer was required to file an Answer to April 21, 2003 and May 9, 2003, respectively.  Demer did not file an Answer by May 9, 2003, and the Court's May 13, 2003 Order stated that "Demer has failed to timely file an Answer to the Complaint" and "Plaintiff may move for a default judgment against Defendant Demer.'

4.  As of the date of this Declaration, defendant Demer has not served the Commission with

an Answer to the Complaint.

 I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 28, 2003

               Patricia F. Bak