IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**Federal Trade Commission**
      **Plaintiff**

      v.

**Jaguar Business Concepts, LP**
**dba**
**Libertymall. Com**
**Cheyenne Investment Alliance, LLC**
**Jacqueline Demer, Individual and as**
**Member/Manager of CHEYENNE**
**INVESTMENT ALLIANCE, LLC**

      **Defendant**

      *
      *
      *
      *
******

**Civil No.  MJG-03-108**

## ORDER OF DEFAULT

It appearing from the records and/or affidavit that the summons and Complaint were properly served upon the above named Defendant Jacqueline Demer, etc., and that the time for said Defendant to plead or otherwise defend expired on   May 9, 2003, and that said Defendant has failed to plead or otherwise defend as directed in said summons and as provided by the Federal Rules of Civil Procedure.

Therefore, upon the request of the Plaintiff, and pursuant to Rule 55 of the Federal Rules of Civil Procedure, it is

**ORDERED**, that default for want of answer or other defense by said Defendant is entered this   29th

day of____May____, 2003.

                                       FELICIA C. CANNON, CLERK

                      By:       _____/s/_____
                                  Hannah B. Merez, Deputy Clerk

U.S. District Court (Rev. 1/2000) - Order of Default