UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. MJG 03 CV 108 |
| **JAGUAR BUSINESS CONCEPTS, LP,** dba **LIBERTYMALL.COM, et al.,** | ) |
| Defendants. | ) |

**AMENDED SCHEDULING ORDER**

In consideration of the July 31, 2003 letter from the parties to the Court, numbers 3-6 of the April 17, 2003 Scheduling Order are hereby amended as follows:

3. By September 4, 2003, all Requests for Production of Documents, Interrogatories and Requests for Admission shall be served.

4. By October 13, 2003 all depositions shall be completed.

5. By November 14, 2003 any summary judgment motion shall be filed.

6. If no timely summary judgment motion is filed, counsel for Plaintiff shall arrange a telephone conference to schedule trial or other further proceedings by November 25, 2003.

**SO ORDERED**, this _____ day of _____, 2003, at _____ _.m.

_____
Marvin J. Garbis
United States District Judge