

UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Division of Enforcement
Bureau of Consumer Protection

Patricia F. Bak
Attorney

Direct Dial:
(202) 326-2842
Fax:
(202) 326-2558

August 4, 2003

**VIA ELECTRONIC FILING**

The Honorable Marvin J. Garbis
United States District Judge
United State District Court for the
Northern District of Maryland
101 Lombard Street
Baltimore, MD 21201

           Re:      <u>Federal Trade Commission v. Jaguar Business Concepts, L.P. dba Libertymall.com, et al.</u>, Civil Action No. MJG 03 CV 108

Dear Judge Garbis:

        On behalf of the plaintiff Federal Trade Commission ("Commission") and the remaining defendants in this action, Jaguar Business Concepts, LP ("Jaguar") and Cheyenne Investment Alliance, L.L.C. ("Cheyenne"), the undersigned inform the Court that the Commission and defendants Jaguar and Cheyenne have agreed to the terms of and executed the Stipulated Final Order for Permanent Injunction and Settlement of Claims, electronically filed with this letter. The Commission, Jaguar and Cheyenne respectfully request that the Court enter the Stipulated Final Order.

                      Sincerely,

Patricia F. Bak
Attorney
Federal Trade Commission

Wallace E. Akehurst
Member/Manager of Cheyenne Investment
Alliance L.L.C. and Limited Partner of
Jaguar Business Concepts, LP

Attachment